JACKSON LEWIS LLP
MICHAEL J. CHRISTIAN, SBN 173727
CAROLYN G. BURNETTE, SBN 191294
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: christianm@jacksonlewis.com
Email: burnettc@jacksonlewis.com

Attorneys for Defendants
CITY OF VACAVILLE, RICHARD WORD and
C. COURTEMANCHE

JOHN L. BURRIS, SBN 69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621-1939
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@JohnBurrisLaw.com

Attorney for Plaintiff
NICOLE ROSENSTIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ROSENSTIEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE;<br>RICHARD WORD;<br>C. COURTEMANCHE;<br>and DOES 1-25,<br><br>Defendants. | Case No. 2:11-CV-02169-KJM-KJN<br><br>**STIPULATION AND ORDER RE SUBPOENA AND CLAIMED PRIVILEGED DOCUMENTS**<br><br>(*Must be Addressed by 7/19/12 to Avoid Filing of Motion*)<br><br>FAC Filed:           September 30, 2011<br>4<sup>th</sup>AC Filed:    May 11, 2012<br>Trial Date:         October 7, 2013 |

*TIME IS OF THE ESSENCE FOR COURT REVIEW OF THIS STIPULATION AND ORDER TO AVOID THE OTHERWISE FILING OF A MOTION TO QUASH ON JULY 20, 2012.*

      Plaintiff has served a subpoena for certain records that were previously produced in a related criminal proceeding. The subpoena is attached as Exhibit "A." Defendant City of

1

Vacaville objects to the production on the basis that some of the records are privileged and were previously inadvertently disclosed in the criminal proceeding.  Defendant has made prior attempts to have the privileged documents returned and the relevant parties have previously met and conferred on the issue.  Plaintiff and her counsel have agreed not to review the documents, which are currently with Plaintiff's prior criminal defense counsel, without serving a subpoena and giving the City the opportunity to raise an objection to this Court.  Plaintiff's counsel represents that he has not, nor has anyone in his firm, seen the documents at issue that were previously produced to Plaintiff's criminal defense attorney.

Plaintiff and the City have agreed on a procedure to attempt to efficiently address the issue and the subpoena.  Plaintiff and the City agree and stipulate,

1. The attached subpoena will be stayed and no documents will be produced subject to this outlined procedure.

2. Within three weeks of the Court's execution of this Stipulation and Order, the City will coordinate with the custodian of the records to obtain a copy of the responsive records, review them and produce a privilege log to Plaintiff's counsel.

3. Within a week of the City providing the privilege log, the City will produce the documents on which the City does not claim privilege.

4. Within a week of the City providing the privilege log, Plaintiff and the City will meet and confer on the claimed privileged documents.

5. If Plaintiff asserts it is entitled to any of the documents identified on the privilege log, the City will submit the documents to the Court for an in camera review and ruling on whether the documents should be produced.  The City shall also provide the Court with any points and authorities in support of its position.  The City shall submit the documents and brief to the Court within two weeks of the referenced meet and confer between the parties.  Thereafter, Plaintiff shall have an opportunity to file an Opposition brief within 10 days, and the City a Reply brief

///

///

within 5 days of the Opposition.  Thereafter, at the Court's discretion, the Court will set a hearing for argument and/or to issue a ruling.

SO STIPULATED AND AGREED,

Dated:  July 18, 2012                    LAW OFFICES OF JOHN L. BURRIS

By:  */s/ John L. Burris* [as authorized on 7.18.12]
     JOHN L. BURRIS

Attorneys for Plaintiff
NICOLE ROSENSTIEL

Dated:  July 18, 2012                    JACKSON LEWIS LLP

By:  */s/ Michael J. Christian*
     MICHAEL J. CHRISTIAN
     CAROLYN G. BURNETTE

Attorneys for Defendants
CITY OF VACAVILLE, RICHARD WORD
and C. COURTEMANCHE

## ORDER RE SUBPOENA AND CLAIMED PRIVILEGED DOCUMENTS

It is hereby ordered,

1. The June 22, 2012 subpoena found on the court's docket at entry number 23 will be stayed and no documents will be produced subject to this outlined procedure.

2. Within 21 days of the Court's execution of this Stipulation and Order, the City will coordinate with the custodian of the records to obtain a copy of the responsive records, review them and produce a privilege log to Plaintiff's counsel.

3. Within seven days of the City providing the privilege log, the City will produce the documents on which the City does not claim privilege.

4. Within seven days of the City providing the privilege log, Plaintiff and the City will meet and confer on the claimed privileged documents.

5. If Plaintiff asserts it is entitled to any of the documents identified on the privilege log, the City will submit the documents to the Court for an *in camera* review and ruling on whether the documents should be produced.  The City shall also provide the Court with any points and authorities in support of its position.  The City shall submit the documents and brief to the Court within 14 days of the referenced meet and confer between the parties.  Thereafter, Plaintiff shall have an opportunity to file an Opposition brief within 10 days, and the City a Reply brief within 5 days of the Opposition.  Thereafter, at the Court's discretion, the Court will set a hearing for argument and/or to issue a ruling.

**Date: 7/19/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

KJN:nkd