1  JACKSON LEWIS LLP
   MICHAEL J. CHRISTIAN, SBN 173727
2  CAROLYN G. BURNETTE, SBN 191294
   801 K Street, Suite 2300
3  Sacramento, California 95814
   Telephone:  (916) 341-0404
4  Facsimile:   (916) 341-0141
   Email: christianm@jacksonlewis.com
5  Email: burnettc@jacksonlewis.com

6  Attorneys for Defendants
   CITY OF VACAVILLE, RICHARD WORD and
7  C. COURTEMANCHE

8  JOHN L. BURRIS, SBN 69888
   LAW OFFICES OF JOHN L. BURRIS
9  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
10 Oakland, CA  94621-1939
   Telephone:  (510) 839-5200
11 Facsimile:   (510) 839-3882
   Email:  John.Burris@JohnBurrisLaw.com
12
   Attorney for Plaintiff
13 NICOLE ROSENSTIEL

14

15                    UNITED STATES DISTRICT COURT

16                   EASTERN DISTRICT OF CALIFORNIA

17 NICOLE ROSENSTIEL ,                    Case No. 2:11-CV-02169-KJM-KJN

18        Plaintiff,                      **STIPULATION AND ORDER RE
                                          SUBPOENA AND CLAIMED
19     v.                                 PRIVILEGED DOCUMENTS**

20 CITY OF VACAVILLE;                     (***Must be Addressed by 7/19/12 to Avoid
   RICHARD WORD;                          Filing of Motion***)
21 C. COURTEMANCHE;
   and DOES 1-25,                         FAC Filed:         September 30, 2011
22                                        4th AC Filed:      May 11, 2012
                                          Trial Date:        October 7, 2013
23        Defendants.

24 ***TIME IS OF THE ESSENCE FOR COURT REVIEW OF THIS STIPULATION AND
   ORDER TO AVOID THE OTHERWISE FILING OF A MOTION TO QUASH ON JULY 20,***
25 ***2012.***

26

27        Plaintiff has served a subpoena for certain records that were previously produced in a

28 related criminal proceeding.  The subpoena is attached as Exhibit "A."  Defendant City of

                                        1

1   Vacaville objects to the production on the basis that some of the records are privileged and were

2   previously inadvertently disclosed in the criminal proceeding.  Defendant has made prior attempts

3   to have the privileged documents returned and the relevant parties have previously met and

4   conferred on the issue.  Plaintiff and her counsel have agreed not to review the documents, which

5   are currently with Plaintiff's prior criminal defense counsel, without serving a subpoena and

6   giving the City the opportunity to raise an objection to this Court.  Plaintiff's counsel represents

7   that he has not, nor has anyone in his firm, seen the documents at issue that were previously

8   produced to Plaintiff's criminal defense attorney.

9       Plaintiff and the City have agreed on a procedure to attempt to efficiently address the issue

10   and the subpoena.  Plaintiff and the City agree and stipulate,

11       1.   The attached subpoena will be stayed and no documents will be produced subject

12           to this outlined procedure.

13       2.   Within three weeks of the Court's execution of this Stipulation and Order, the City

14           will coordinate with the custodian of the records to obtain a copy of the responsive

15           records, review them and produce a privilege log to Plaintiff's counsel.

16       3.   Within a week of the City providing the privilege log, the City will produce the

17           documents on which the City does not claim privilege.

18       4.   Within a week of the City providing the privilege log, Plaintiff and the City will

19           meet and confer on the claimed privileged documents.

20       5.   If Plaintiff asserts it is entitled to any of the documents identified on the privilege

21           log, the City will submit the documents to the Court for an in camera review and

22           ruling on whether the documents should be produced.  The City shall also provide

23           the Court with any points and authorities in support of its position.  The City shall

24           submit the documents and brief to the Court within two weeks of the referenced

25           meet and confer between the parties.  Thereafter, Plaintiff shall have an

26           opportunity to file an Opposition brief within 10 days, and the City a Reply brief

27   ///

28   ///

2

1    within 5 days of the Opposition.  Thereafter, at the Court's discretion, the Court

2    will set a hearing for argument and/or to issue a ruling.

3

4    SO STIPULATED AND AGREED,

5    Dated:  July 18, 2012                    LAW OFFICES OF JOHN L. BURRIS

6

7                                             By:  */s/ John L. Burris* [as authorized on 7.18.12]
                                                   JOHN L. BURRIS

8                                             Attorneys for Plaintiff
9                                             NICOLE ROSENSTIEL

10   Dated:  July 18, 2012                    JACKSON LEWIS LLP

11

12                                            By: */s/ Michael J. Christian*
13                                                 MICHAEL J. CHRISTIAN
                                                   CAROLYN G. BURNETTE

14                                            Attorneys for Defendants
15                                            CITY OF VACAVILLE, RICHARD WORD
                                              and C. COURTEMANCHE

16

17

18   **<u>ORDER RE SUBPOENA AND CLAIMED PRIVILEGED DOCUMENTS</u>**

19   It is hereby ordered,

20        1.     The June 22, 2012 subpoena found on the court's docket at entry number 23 will

21               be stayed and no documents will be produced subject to this outlined procedure.

22        2.     Within 21 days of the Court's execution of this Stipulation and Order, the City will

23               coordinate with the custodian of the records to obtain a copy of the responsive

24               records, review them and produce a privilege log to Plaintiff's counsel.

25        3.     Within seven days of the City providing the privilege log, the City will produce

26               the documents on which the City does not claim privilege.

27

28

                                             3

1       4.      Within seven days of the City providing the privilege log, Plaintiff and the City

2                 will meet and confer on the claimed privileged documents.

3       5.      If Plaintiff asserts it is entitled to any of the documents identified on the privilege

4                 log, the City will submit the documents to the Court for an *in camera* review and

5                 ruling on whether the documents should be produced.  The City shall also provide

6                 the Court with any points and authorities in support of its position.  The City shall

7                 submit the documents and brief to the Court within 14 days of the referenced meet

8                 and confer between the parties.  Thereafter, Plaintiff shall have an opportunity to

9                 file an Opposition brief within 10 days, and the City a Reply brief within 5 days of

10                 the Opposition.  Thereafter, at the Court's discretion, the Court will set a hearing

11                 for argument and/or to issue a ruling.

12

13 **Date:** 7/19/2012

14 KENDALL J. NEWMAN

15 UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Stipulation and Order Re Subpoena and Claimed Privileged
Documents                                             *Rosenstiel v. City of Vacaville et al.*
USDC-Eastern, Case No. 2:11-cv-02169